

**LEGAL SERVICES CENTER**
CENTRO DE SERVICIOS LEGALES

**The Hale and Dorr Legal Services Center of Harvard Law School**

122 Boylston Street • Jamaica Plain, MA 02130
Telephone: 617-522-3003 • Facsimile: 617-522-0715

October 6, 2005

Zita Lovett
Courtroom Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

      RE:    Cynthia Gaines v. Liberty Life Assurance Company of Boston
              Civil Action No. 05-11151 JLT

Dear Ms. Lovett:

    The answer in this case was filed several months ago but we have not yet received any notices regarding a scheduling conference. I just wanted to make sure it was in line for a conference.

    Thank you for your assistance.

                                          Very truly yours,

                                          Stephen S. Churchill

cc:    Cynthia Gaines