UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA GAINES, )<br>     Plaintiff     )<br>                  )<br>v.              )<br>                  )<br>LIBERTY LIFE ASSURANCE  )<br>COMPANY OF BOSTON,     )<br>     Defendant     )<br>                  ) | CIVIL ACTION NO. 05-11151-JLT |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

1.     Plaintiff Cynthia Gaines and her counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2.     Ms. Gaines and her counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Cynthia Gaines                    /s/ Stephen S. Churchill
Cynthia Gaines                        Stephen S. Churchill (BBO# 564158)
Plaintiff                             Hale & Dorr Legal Services Center of
                                      Harvard Law School
                                      122 Boylston Street
                                      Jamaica Plain, MA  02130
                                      (617) 390-2578

Dated: April 13, 2006