UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA GAINES,<br>    Plaintiff | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 05-11151-JLT<br>) |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>    Defendant | )<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

Plaintiff Cynthia Gaines ("Gaines") and defendant Liberty Life Assurance Company of Boston ("Liberty Life") submit the following joint statement.

**A.     Introduction**

This is a claim for long term disability benefits and is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq*.

The parties agree that the case should be submitted on the administrative record and should be resolved through cross motions for summary judgment or cross motions for judgment on the administrative record.

The parties disagree (1) regarding further discovery, and (2) whether the administrative record can be supplemented with further materials. It is Gaines's position that she is entitled to depose Liberty Life and one of its employees (Michelle Scott) and that she is entitled to obtain any internal claims policies and procedures that related to Gaines' long term disability claim. It is Gaines's position that this information could be used to supplement the administrative record. It is Liberty Life's position that no further discovery, other than its production of the administrative record, is warranted, because

such additional discovery is not permitted and it would be improper to supplement the administrative record. The parties propose to brief these issues as set forth below.

**B.     Proposed Schedule**

| | |
|---|---|
| May 15, 2006 | Deadline for motions to amend the pleadings |

Motion for Discovery

| | |
|---|---|
| May 31, 2006 | Deadline for motion to conduct limited discovery |
| June 21, 2006 | Deadline for opposition |

Motion to Supplement Record

| | |
|---|---|
| 90 days after decision on any motion for discovery | Deadline for motion to supplement record |
| 21 days thereafter | Deadline for opposition |

Dispositive Motions

| | |
|---|---|
| 60 days after decision on any motion to supplement the record | Cross motions due |
| 21 days thereafter | Oppositions due |

**C.     Certifications**

The required certifications are attached or will be filed under separate cover.

| | |
|---|---|
| CYNTHIA GAINES<br>By her attorneys, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>By its attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center<br>Harvard Law School<br>122 Bolyston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2578 | /s/ Richard W. Paterniti<br>Andrew C. Pickett (BBO# 549872)<br>Richard W. Paterniti (BBO# 645170)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: April 25, 2006