UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA GAINES,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant | Civil Action No. 05-11151-JLT |

## LOCAL RULE 16.1 CERTIFICATION OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

(i)   with a view to establishing a budget for the cost of this litigation; and

(ii)  to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Lee Rabkin
Liberty Life Assurance Company
of Boston

_____
Andrew C. Pickett, BBO# 549872
Richard Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

## CERTIFICATE OF SERVICE

This is to certify that on April 25, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

/s/ Richard W. Paterniti
Jackson Lewis LLP