UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA GAINES,<br><br>   Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>   Defendant | Civil Action No. 05-11151-JLT |

### NOTICE OF APPEARANCE OF GUY P. TULLY

Kindly enter my appearance as additional counsel for Defendant, Liberty Life Assurance Company of Boston in the above-captioned matter.

                                          Respectfully submitted,

                                          LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
                                          By their attorneys,

                                          /s/ Guy P. Tully
                                          Guy P. Tully, BBO# 555625
                                          Jackson Lewis LLP
                                          75 Park Plaza
                                          Boston, MA 02116
May 2, 2006                              (617) 367-0025

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Guy P. Tully
                                          Jackson Lewis LLP