UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA GAINES,                         *
                                        *
            Plaintiff,                  *
                                        *
                                        *     Civil Action No. 05-11151-JLT
      v.                                *
                                        *
                                        *
LIBERTY LIFE ASSURANCE                  *
COMPANY OF BOSTON,                      *
                                        *
            Defendant.                  *

ORDER

May 3, 2006

TAURO, J.

        After a conference held on May 2, 2006, this court hereby orders that:

1.      Plaintiff may depose the following: (1) Liberty Life Assurance Company of Boston,

        pursuant to Rule 30(b)(6); and (2) Michelle Scott;

2.      The abovementioned depositions must be completed by July 31, 2006;

3.      No other discovery will be permitted without leave of this court; and

4.      A Further Conference will be held on August 15, 2006, at 10:00 a.m.

        IT IS SO ORDERED.


                                    _____/s/ Joseph L. Tauro_____
                                    United States District Judge