UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CYNTHIA GAINES,**
    Plaintiff,

    V                CA 05-11151-JLT

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

    The court having been advised on July 31, 2006 by counsel for the parties that the above action has been settled:  IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                  Zita Lovett
                                      /s/
                              **Deputy Clerk**

**August 1, 2006**