EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA GAINES,<br><br>   Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>   Defendant | Civil Action No. 05-11151-JLT |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Cynthia Gaines, and Defendant, Liberty Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed, with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| | |
|---|---|
| CYNTHIA GAINES,<br>By her attorney, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>By its attorneys, |
| /s/ Stephen S. Churchill (RWP)<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center<br>Harvard Law School<br>122 Bolyston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2578 | /s/ Richard W. Paterniti<br>Andrew C. Pickett, BBO# 549872<br>Richard W. Paterniti, BBO# 645170<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

DATE: September 14, 2006